NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-1635, 2024-1636

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01291 and IPR2022-01465.

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The stay is lifted, and the appeals are dismissed.

2　　　　　　　　　　MASIMO CORPORATION v. APPLE INC.

(2) Each side shall bear its own costs.

FOR THE COURT



February 26, 2026
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: February 26, 2026